**Order entered April 27, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01055-CV

## VIRTUOLOTRY, LLC AND RICHARD BOYD, Appellants

## V.

## WESTWOOD MOTORCARS, LLC, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-14833

## ORDER

Before the Court is appellants' April 23, 2021 unopposed second motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief filed no later than May 28, 2021. We caution appellants that further extensions are disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE